# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS A. VILLEGAS, | CASE NO. 1:09 cv 00493 YNP GSA (PC) |
| Plaintiff, | ORDER |
| v. | |
| L. SCHULTEISS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1). On September 12, 2008, the Court issued an order finding that Plaintiff's August 24, 2009, first amended complaint states cognizable claims against Defendants Rodriguez, Zucker, Soto, Martinez, Knight, Schulteiss and Carrasco for violation of the Eighth and Fourteenth Amendment, but does not state a cognizable against Defendants Hopkins, Stolworthy, Walker and Milsch.  Plaintiff also fails to state a claim on his Fourteenth Amendment Due Process claims.   The Court ordered Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only on the claims found to be cognizable.  On October 13,  2009, Plaintiff notified the Court that he does not wish to amend and is willing to proceed on the claims found cognizable. Based on Plaintiff's notice, this order now issues.  See Noll v. Carlson, 809 F. 2d 1446, 1448 (9th Cir. 1987) (prisoner must be given notice of deficiencies and opportunity to amend prior to dismissing for failure to state a claim).

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's Fourteenth Amendment Due Process claim be dismissed; and
2. Defendants Hopkins, Stolworthy, Walker and Milsch are dismissed based on Plaintiff's failure to state any claims against them.

IT IS SO ORDERED.

Dated:   **November 24, 2009**          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE