IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SANTOS VILLEGAS, | | |
| | Plaintiff, | 1: 09 CV 00493 GSA YNP (PC) |
| | vs. | ORDER RE MOTION (DOC 29) |
| L. L. SCHULTEIS, et al., | | |
| | Defendants. | |

On September 28, 2009, an order was entered, finding that the August 24, 2009, first amended complaint stated a claim for relief against Defendants Rodriguez, Zucker, Soto, Martinez, Knight, Schulteis, Carrasco. On October 13, 2009, Plaintiff notified the court of his willingness to proceed against those defendants on the first amended complaint. On November 24, 2009, Plaintiff was directed to complete and return service documents to the court. That order failed to include Defendant Martinez.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office is directed to send to Plaintiff one USM 285 form and one copy of the August 24, 2009, first amended complaint.

2. Plaintiff shall, within thirty days of the date of service of this order, return to the court the completed USM 285 form for service of process upon Defendant Martinez, along with a copy

of the August 24, 2009, first amended complaint.

IT IS SO ORDERED.

Dated: **January 11, 2010**          /s/ **Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE