# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS A. VILLEGAS, | 1:09-cv-00493-AWI-SMS PC |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |
| v. | **(ECF No. 72)** |
| L. L. SCHULTEIS, et. al., | **TEN-DAY DEADLINE** |
| Defendants. | |

Santos A. Villegas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action is proceeding on the first amended complaint filed on August 24, 2009, against Defendants Rodriguez, Zucker, Soto, Martinez, Knight, Schulteiss, and Carrasco. This matter is set for jury trial on September 7, 2011.

On April 6, 2011, the Court issued a scheduling order requiring Plaintiff to file a pretrial statement on or before May 27, 2011. Plaintiff failed to comply with or otherwise respond to the order. Accordingly, it is HEREBY ORDERED that:

1. Within **ten (10) days** from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed, with prejudice, for failure to obey the Court's order; and

1

2. The failure to respond to this order will result in dismissal of this action, with prejudice.

IT IS SO ORDERED.

**Dated:   June 28, 2011**                          /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE