# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS A. VILLEGAS, | 1:09-cv-00493-AWI-SMS PC |
| Plaintiff, | |
| v. | ORDER VACATING TTCH AND TRIAL DATES |
| L. L. SCHULTEIS, et. al., | |
| Defendants. | |

The trial in this matter is currently set for September 7, 2011. Due to the Court's calendar and the unresolved issue of Plaintiff's failure to file a pretrial order, the telephonic trial confirmation hearing set for August 1, 2011, and the trial scheduled for September 7, 2011, are HEREBY VACATED, pending further order of the Court.

IT IS SO ORDERED.

**Dated:  July 20, 2011**                /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE

1