# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS A. VILLEGAS, | 1:09-cv-00493-AWI-SMS PC |
| Plaintiff, | **AMENDED SECOND SCHEDULING ORDER** |
| v. | **ORDER DIRECTING CLERK'S OFFICE TO SEND LOCAL RULE 281 TO PLAINTIFF** |
| L. L. SCHULTEIS, et. al., | Telephonic Trial Confirmation Hearing: February 6, 2012, at 3:00 p.m. in Courtroom 2 (AWI) |
| Defendants. | |
| / | Jury Trial: March 13, 2012, at 8:30 a.m. in Courtroom 2 (AWI) |

Santos A. Villegas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action is proceeding on the first amended complaint filed on August 24, 2009, against Defendants Rodriguez, Zucker, Soto, Martinez, Knight, Schulteiss, and Carrasco. An order to show cause why this action should not be dismissed for Plaintiff's failure to file a pretrial statement issued on June 28, 2011. Plaintiff filed a response on July 14, 2011. An order issued on July 21, 2011, vacating the dates set for the telephonic trial confirmation hearing and trial due to Plaintiff's failure to file a pretrial statement. At the direction of the trial court, Plaintiff shall be given an opportunity to file a pretrial statement and new dates shall be set for the telephonic trial confirmation hearing and

1  trial.

2        Accordingly, the Court HEREBY ORDERS as follows:

3        1.    This matter is set for telephonic trial confirmation hearing before the Honorable Anthony W. Ishii on **February 6, 2012, at 3:00 p.m.** in Courtroom 2;

5        2.    This matter is set for jury trial before the Honorable Anthony W. Ishii on **March 13, 2012, at 8:30 a.m.** in Courtroom 2;

7        3.    Counsel for Defendant is required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559) 499-5669**;

10        4.    Plaintiff shall serve and file a pretrial statement as described in this order on or before **September 19, 2011**; and

12        5.    The Clerk's Office shall send Plaintiff a copy of Local Rule 281.

13        IT IS SO ORDERED.

14  **Dated:**   **August 2, 2011**                 /s/ Sandra M. Snyder
                                                          UNITED STATES MAGISTRATE JUDGE