UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS A. VILLEGAS, | 1:09-cv-00493-MJS-PC |
| Plaintiff, | ORDER DENYING MOTION TO WITHDRAW CONSENT |
| v. | |
| L. L. SCHULTEIS, F. RODRIGUEZ, G. ZUCKER, M. SOTO, F. MARTINEZ, L. KNIGHT, AND M. CARRASCO, | (ECF No. 100) |
| Defendants. | |
| _____/ | |

Plaintiff Santos A. Villegas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 8, 2009, Plaintiff consented in writing to Magistrate Judge jurisdiction. On February 6, 2012, Plaintiff filed a notice with the Court indicating that he wishes to decline consent to Magistrate Judge jurisdiction. (ECF No. 100.) The Court construe this as a motion seeking to withdraw consent.

Once a civil case is referred to a Magistrate Judge under 28 U.S.C. § 636(c), the reference can be withdrawn by the Court only "for good cause shown on its own motion, or under extraordinary circumstances shown by any party." Dixon v. Ylst, 990 F.2d 478, 480 (9th Cir. 1993); 28 U.S.C. § 636(c); Fed. R. Civ. P. 73(b).

On February 3, 2012, this matter was referred to the Magistrate Judge pursuant to section 636(c). (ECF No. 96.) Plaintiff has not provided any information to suggest there

1

1 may be good cause or extraordinary circumstances to justify the withdrawal of his consent
2 and the referral of this case to a Magistrate Judge.
3     No grounds having been provided to justify withdrawal of consent to Magistrate
4 judge jurisdiction, Plaintiff's Motion is HEREBY DENIED.

7 IT IS SO ORDERED.
8 Dated:   February 8, 2012          /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE